UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-10097

KARL LOOSE, ADVOCATES
FOR DISABLED AMERICANS,

Plaintiffs,

vs.

CITY OF KEY WEST, FLORIDA,

Defendant.

: MAGISTRATE JUDGE

: FLORIDA BAR NUMBER
: 0100366

: COMPLAINT



Plaintiff Karl Loose, residing at 4327 Manor Avenue, Pennsauken Township, Camden County, New Jersey, and Advocates For Disabled Americans of Palm Beach County, Florida, by way of complaint states the following:

JURISDICTION

1. This Court has jurisdiction under sec. 28 U.S.C. 1331 in that the Plaintiffs allege a cause of action based on the Americans With Disabilities Act.

PARTIES

2. Defendant Monroe County is a municipal government located in the State of Florida that maintains a beach located in Key West, Florida.

3. Plaintiff Karl Loose is a disabled individual who utilizes a wheelchair.

4. Plaintiff Advocates For Disabled Americans (AFDA) is a non-profit organization that has offices in the State of Florida and whose goal is to assert rights on behalf of the disabled.

## COUNT ONE

5. During the week of August 14, 2000 Plaintiff Karl Loose attempted to utilize Defendant's beach located in Key West, Monroe County, Florida.

6. Said Plaintiff was unable to utilize the Defendant's services since it is not accessible to the disabled in violation of the ADA. To wit, there is a lack of an accessible route to the beach, there is no accessible path to the facilities playground, there is no accessible bathroom since the so-called accessible bathroom does not contain two grab bars and does not have faucets that are accessible, there is no accessible route to the picnic tables. Moreover, the Defendant's City Hall is not properly accessible to the disabled.

7. This failure to have accessible services to the disabled violates Title II of the ADA in that the Defendant discriminates against the disabled and the Plaintiff specifically.

8. The aforementioned lack of accessibility is a violation of the ADA in that the Defendant has discriminated against the Plaintiff on the basis of his disability.

9. Plaintiff still desires to utilize Defendant's facility, indeed, the Plaintiff will be returning in the year 2001.

WHEREFORE, the Plaintiff Karl Loose demands judgement for:

1) Equitable Relief

2) Damages

3) Attorney fees

4) Costs of suit

## COUNT TWO

10. Plaintiff Advocates For Disabled Americans repeats the allegations of the first count.

11. As previously stated the Plaintiff Advocates For Disabled Americans is a non-profit organization whose members consist of disabled individuals. Said organization was incorporated with the goal of asserting rights on behalf of the disabled.

12. As a result of the aforementioned violations of the ADA the membership of the organization is discriminated against.

WHEREFORE, Plaintiff AFDA demands judgment for:

1) Attorney fees

2) Costs of suit

3) Injunctive relief.

DATED: November 9, 2000

_____
ANTHONY J. BRADY, JR., ESQUIRE
Florida Bar #0100366
6671 W. Indiantown Road
Suite 56-251
Jupiter, Florida 33458
(561) 745-8423
FAX: (856) 541-1966

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

CIV-HIGHSMITH   MAGISTRATE JUDGE BARBER

**I. (a) PLAINTIFFS**
Kurt Loose

**DEFENDANTS**
City of Key West

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Camden
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Monroe
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS** (FIRM NAME ADDRESS, AND TELEPHONE NUMBER)
Anthony Brady
A: Key West 4:00CV10097 SH/BLG

**ATTORNEYS** (IF KNOWN)

**(d) CIRCLE COUNTY WHERE ACTION AROSE:** DADE, (MONROE,) BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | B☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | | A☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☑ 440 Other Civil Rights | B☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | A☐ 791 Empl Ret Inc Security Act | A☐ 871 IRS — Third Party 26 USC 7609 | |
| | | B☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U S CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

ADA 42 USC §12101

**LENGTH OF TRIAL**
via 2 days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $** N/A

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☑ NO

**VIII. RELATED CASE(S)** (See instructions):
**IF ANY** JUDGE _____ DOCKET NUMBER _____

**DATE** 11/10/00
**SIGNATURE OF ATTORNEY OF RECORD** [signature]

**FOR OFFICE USE ONLY**

RECEIPT #_____ AMOUNT $150.00 831808 APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____
11/14/00